No. 921. OTTEN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *H. Gordon Davis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 883. ALABAMA ET AL. v. BELL. C. A. 5th Cir. Motion of respondent for the appointment of counsel denied. Certiorari denied. *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for petitioners. Respondent *pro se.*

No. 936. CLARKE, CHIEF JUDGE, U. S. DISTRICT COURT v. YAX. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Lyndol L. Young* for petitioner. *Munson H. Lane* for respondent.

No. 29, Misc. POHLABEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 204, Misc. PARKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Robert S. Erdahl* and *Kirby W. Patterson* for the United States.

No. 957, Misc. DICKERSON v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. *Walter Stein* for petitioner.